# UNITED STATES DISTRICT COURT
### for the
### District of Hawaii

| | |
|---|---|
| United States of America <br> v. <br> **CHRISTOPHER MANLEY** <br><br> _Defendant(s)_ | ) ) ) ) ) ) ) ) Case No. **25-MJ-00047-RT** <br><br> **FILED UNDER SEAL PURSUANT TO CRIMLR5.2(a)(1)** |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Jan 23, 2025, 10:56 am (ea)
Lucy H. Carrillo, Clerk of Court

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **April 24, 2024** in the county of **Oahu** in the **--** District of **Hawaii**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1073 | Unlawful Flight to Avoid Prosecution |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.



_Complainant's signature_

**FBI SA Andrew Masters**
_Printed name and title_

Sworn to under oath before me telephonically, and attestation acknowledged pursuant to Fed.R.Crim.P. 4.1(b)(2).

Date: **January 23, 2025**

City and state: **Honolulu, Hawaii**



Rom A. Trader
United States Magistrate Judge

## **AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

ANDREW MASTERS, being duly sworn, deposes and states as follows:

1.      I am a Special Agent with the Federal Bureau of Investigation ("FBI") assigned to the FBI's Honolulu Field Office. I have been a Special Agent with the FBI since 2011. Prior to this, I was employed by the Richardson, Texas Police Department as a Police Officer and Detective from 1998 to 2006 and by the Dallas County District Attorney's Office as a Special Investigator from 2006 to 2011.

2.      In addition to basic law enforcement training, I have also received training in the following areas: criminal use of email, social media, and telephonic communications, computer-related crime, analyzing telephone and electronic pen register and caller identification, undercover operations, and electronic and physical surveillance procedures.

3.      I have experience with cases involving a variety of violent crimes including, but not limited to, homicides, kidnappings, assaults, sexual assaults, and bank robberies. I am also a certified member of the Cellular Analysis Survey Team within the FBI and have extensive training and experience in locating cellular devices through the analysis of provider records.

4.      The information contained in this affidavit is based on my personal knowledge and my training and experience, information obtained from other law enforcement personnel, and witnesses. This affidavit is intended merely to show

that there is probable cause for the requested arrest warrant and does not set forth all of my knowledge about this matter.

## **PROBABLE CAUSE**

5.      The United States, including the FBI, is conducting a criminal investigation of Christopher MANLEY ("MANLEY") regarding possible violations of United States Code, Title 18, Section 1073 (Unlawful Flight to Avoid Prosecution).

6.      On April 23, 2024, at approximately 8:40 PM, victim Shiwan Edwards was standing around talking with friends in the public sidewalk area close to 87-178 Helelua Street, Nanakuli, Hawaii. At about that time, Edwards saw an acquaintance he knew only as "Chris". Edwards then walked over and confronted Chris about a prior incident in which several of Chris' friends "jumped" Edwards and physically assaulted him.

7.      After a few seconds, the verbal confrontation became heated and the two began to fist fight. Shortly into the fight, Chris took a step back and drew a black semi-automatic handgun out of a fanny pack that had been slung around his shoulder. Once drawn, Chris fired a single gunshot which struck Edwards in the lower right abdominal area. Chris then fled on foot toward Farrington Highway.

8.      During the subsequent investigation at the scene, Honolulu Police Department (HPD) officers located a spent cartridge from a 9mm bullet.

9. During interviews with Edwards and several witnesses, the suspect was described as a black male with dreadlocks, approximately five feet eight inches tall, weighing approximately 180 pounds with a thin build. An HPD officer familiar with the area recognized the description as possibly being MANLEY, an individual who had been contacted during previous law enforcement interactions.

10. MANLEY'S photograph was then shown to Edwards who confirmed that was the individual he knew as Chris and who shot him.

11. On April 26, 2024, because MANLEY was known to have previously lived in, and still has ties to, Atlanta, Georgia, HPD investigators requested any flight information about MANLEY from the various air carriers that operated on Oahu. Shortly thereafter, United Airlines advised that MANLEY had purchased a ticket to Atlanta, Georgia on April 24, 2024, at approximately 4:26 AM which was just hours after the shooting. The flight left Oahu on April 24, 2024, at approximately 10:35 AM with MANLEY on board.

12. During the booking process, MANLEY provided his telephone number as 808-277-7466. MANLEY previously had given the same the same phone number during a previous arrest that occurred on or about March 11, 2021.

13. On or about April 25, 2024, HPD placed a notice on their website[1] that MANLEY was currently being sought for the shooting. A photograph of MANLEY was included in the notice.

14. On May 7, 2024, HPD Detectives obtained an arrest warrant[2] for MANLEY for Attempted Assault in the First Degree[3], Carrying and Use of Firearm in the Commission of a Separate Felony, and Place to Keep Pistol or Revolver. On June 20, 2024, the warrant was entered into the National Crime Information Center (NCIC) which is used by law enforcement nationwide to search for those with outstanding arrest warrants. In the NCIC entry, HPD noted that extradition would be accepted from anywhere in the nation. On January 15, 2025, your Affiant confirmed that the warrant was still active on NCIC.

15. On June 26, 2024, HPD requested FBI assistance in locating and arresting MANLEY due to the belief that he was still in or around the Atlanta, Georgia area.

---

[1] https://www.honolulupd.org/attempted-murder-suspect-sought/

[2] Cause Number 1CPC-24-0000474

[3] In a previous search warrant (dated January 21, 2025) to obtain location data associated with MANLEY's cell phone, your Affiant incorrectly listed this charge as Attempted Murder in the First Degree. The erroneous statement was based on verbal information previously provided by Honolulu PD. That error was discovered on January 22, 2025.

4

16. On July 17, 2024, your Affiant applied for, and was granted, a search warrant to T-Mobile requiring the production of prospective location data associated with phone number (808) 277-7466. However, upon serving that search warrant, your Affiant learned that the number had been disconnected on April 26, 2024, and was no longer in service.

17. A subsequent search of open source social media revealed that MANLEY used the email address lilchris1120@gmail.com and, on October 17, 2024, your Affiant applied for, and was granted, a search warrant to Google for records associated with that email address.

18. Once those records were returned, your Affiant discovered that MANLEY was listed as the subscriber of email lilchris1120@gmail.com . Your Affiant further noted that, on April 26, 2024 - two days after MANLEY fled to Atlanta and the same day MANLEY disconnected his previous phone - a new phone had started accessing MANLEY's email account. The Google records showed that the new device was assigned International Mobile Equipment Identifier (IMEI) 354581942085714. Your Affiant believes that, after fleeing to Atlanta, MANLEY stopped service on his previous phone number and began service with a new device with the listed IMEI, which he then used to continue his access to his email account.

19. On November 13, 2024, your Affiant submitted a Federal Grand Jury Subpoena to T-Mobile regarding the IMEI found in the Google records. When the

records were returned, your Affiant noted that the phone number assigned to the listed IMEI was (678) 777-2158 (TARGET ACCOUNT). The subscriber for the phone was Danielle Terrell at 599 Plainville Drive SW, Atlanta, Georgia 30331. This was the same person who was also listed as the subscriber for MANLEY's previous phone number and is believed to be MANLEY's mother.

20. Also in the Google records for lilchris1120@gmail.com, was a list of recent Internet Protocol (IP) Addresses used to access the email account. The most recent IP Address in the records was 2600:1700:6fd1:1a0:a8f0:9082:6684:772 (10/8/2024 10:35:05 PM [UTC]). An open-source search of that IP Address revealed that it belonged to AT&T Internet Services, a company that provides residential internet service.

21. On November 13, 2024, your Affiant sent a Federal Grand Jury Subpoena to AT&T Internet Services for the listed IP Address. The returned records showed that the customer associated with the IP Address was Danielle Terrell with the internet service location listed as 599 Plainville Drive SW, Atlanta, Georgia 30331.

22. Based on the foregoing, your Affiant believes that MANLEY is aware that he is wanted for the shooting of Edwards. Your Affiant further believes that MANLEY immediately fled the State of Hawaii and took other actions to obfuscate

his current whereabouts in an effort to avoid his arrest and prosecution for the state offenses described herein.

## CONCLUSION

Based on the foregoing facts, I respectfully submit that probable cause exists to believe that CHRISTOPHER MANLEY, the defendant, fled the State of Hawaii to avoid prosecution for a crime which is a felony under the laws of the State of Hawaii, namely, Attempted Assault in the First Degree, in violation of Title 18, United States Code, Section 1073 (Unlawful Flight to Avoid Prosecution).

Respectfully submitted,

_____
Andrew Masters
Special Agent, FBI

This Criminal Complaint and Affidavit in support thereof were presented to, approved by, and probable cause to believe that the defendant above-named committed the charged crime(s) found to exist by the undersigned Judicial Officer at 8:56 a.m. on January 23, 2025, at Honolulu, Hawaii.

Sworn to under oath before me telephonically, and attestation acknowledged pursuant to Fed. R. Crim. P. 4.1(b)(2), this 23rd day of January, 2025, at Honolulu, Hawaii.

_____
Rom A. Trader
United States Magistrate Judge

*United States v. Manley*
Affidavit in Support of Criminal Complaint
25-MJ-00047-RT